## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                   Case No. 17-19455-MAM
                                                         Lead Case

CHARIOTS OF PALM BEACH, INC.,                            Jointly Administered with
                                                         17-19458-MAM

            Debtor.                                      Chapter 7 Case

_____/

NICOLE TESTA MEHDIPOUR,                                  Adversary No.: 19-01261-MAM
CHAPTER 7 TRUSTEE,

            Plaintiff,

v.

LQD BUSINESS FINANCE, LLC,

            Defendant.                           /
_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the text-only *Order Dismissing Adversary Proceeding as Settled* [ECF No. 72] was served on April 19, 2021, via the CM/ECF system, which sent notification to all parties entitled to notice as indicated on the attached service list.

Dated: April 19, 2021.                  Respectfully Submitted,

                                        **WARGO & FRENCH LLP**
                                        *Counsel for Plaintiff*
                                        201 S. Biscayne Blvd., Suite 1000
                                        Miami, Florida 33131
                                        Telephone:     (305) 777-6000
                                        Facsimile:     (305) 777-6001

                                        By:     /s/ *Michael C. Foster*
                                                Michael C. Foster, Esq.
                                                Florida Bar No. 0042765
                                                mfoster@wargofrench.com

## SERVICE LIST

**19-01261-MAM Notice will be electronically mailed to:**

Michael Foster on behalf of Plaintiff Nicole Testa Mehdipour
mfoster@wargofrench.com,
cpatterson@wargofrench.com;flservice1@wargofrench.com;yperez@wargofrench.com

Nicola A Gelormino on behalf of Plaintiff Nicole Testa Mehdipour
ngelormino@wargofrench.com, cpatterson@wargofrench.com;flservice1@wargofrench.com

Glenn D Moses, Esq on behalf of Defendant LQD Business Finance LLC
gmoses@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com

Yasbel Perez on behalf of Plaintiff Nicole Testa Mehdipour
YPerez@wargofrench.com, vgonzalez@wargofrench.com;flservice1@wargofrench.com